**C. B. ARNETT v. STATE.**
No. 18755.

Court of Criminal Appeals of Texas.
Oct. 28, 1936.

Culwell & Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of chickens; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Byron CAIN v. STATE.**
No. 18777.

Court of Criminal Appeals of Texas.
Nov. 4, 1936.

Henry Tirey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of property under the value of $50; the punishment, confinement in jail for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**J. T. COLEMAN v. STATE.**
No. 18802.

Court of Criminal Appeals of Texas.
Nov. 18, 1936.

Bruce Graham, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**James Jack DEMPSEY, Alias Raymond McKee, Alias Richard T. Taylor, v. STATE.**
No. 18779.

Court of Criminal Appeals of Texas.
Nov. 4, 1936.

Burnett Tom Carter, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for three years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.